IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIGITAS VAZNELIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 18 cv 03329 |
| | ) |
| HEALTH CARE SERVICE CORPORATION d/b/a | ) Hon. Virginia M. Kendall |
| BLUE CROSS BLUE SHIELD OF ILLINOIS, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF
EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff Sigitas Vaznelis hereby gives notice that he is withdrawing his Emergency Motion for Temporary Restraining Order [Dkt. No. 5] in this action.

Respectfully submitted,

**SIGITAS VAZNELIS**


By: /s/ *Maureen Browne Schoaf*
  Richard R. Winter
  Maureen B. Schoaf
  HOLLAND & KNIGHT LLP
  131 S. Dearborn St., 30th Fl.
  Chicago, IL 60603
  312-263-3600
  richard.winter@hklaw.com
  maureen.schoaf@hklaw.com

 /s/ *Martina B. Sherman*
  Martina B. Sherman
  Mark D. DeBofsky
  DEBOFSKY, SHERMAN & CASCIARI
  P.C.
  200 W. Madison St., Suite 2670
  Chicago, IL 60606
  312-561-4040
  msherman@debofsky.com
  mdebofsky@debofsky.com