IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIGITAS VAZNELIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 18 cv 03329 |
| HEALTH CARE SERVICE CORPORATION d/b/a BLUE CROSS BLUE SHIELD OF ILLINOIS, | ) **JURY DEMAND** ) ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Sigitas Vaznelis, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of dismissal of this action without prejudice. Plaintiff has not previously dismissed the claims asserted in this action, and Defendant has not served an answer or motion for summary judgment.

RESPECTFULLY SUBMITTED this 11th day of June 2018.

By: /s/ *Maureen Browne Schoaf*
Richard R. Winter
Maureen B. Schoaf
HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Fl.
Chicago, IL 60603
312-263-3600
312-578-6666 (fax)
richard.winter@hklaw.com
maureen.schoaf@hklaw.com

and

/s/ *Martina B. Sherman*
Martina B. Sherman
Mark D. DeBofsky
DEBOFSKY, SHERMAN & CASCIARI P.C.
200 W. Madison St., Suite 2670
Chicago, IL 60606
312-561-4040
312-929-0309 (fax)
msherman@debofsky.com
mdebofsky@debofsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on June 11, 2018, a copy of the foregoing document entitled **NOTICE OF DISMISSAL WITHOUT PREJUDICE** was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

By: /s/ *Maureen Browne Schoaf*
Richard R. Winter
Maureen B. Schoaf
HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Fl.
Chicago, IL 60603
312-263-3600
312-578-6666 (fax)
richard.winter@hklaw.com
maureen.schoaf@hklaw.com

and

/s/ *Martina B. Sherman*
Martina B. Sherman
Mark D. DeBofsky
DEBOFSKY, SHERMAN & CASCIARI P.C.
200 W. Madison St., Suite 2670
Chicago, IL 60606
312-561-4040
312-929-0309 (fax)
msherman@debofsky.com
mdebofsky@debofsky.com